# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 1/8/20     Time: 11:00 a.m.

---

Defendant: Brian Bravo     J#: _____     Case #: 20-60125-Cr-Singhal/Snow

AUSA: Jeff Kaplan (David Snider - Duty)     Attorney: _____

Violation: Consp To Commit Bribery

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL
- [x] Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition:
All parties present. Deft consent to proceed by zoom. Deft waived his right to appear in open court. Deft advised of his rights and charges. Deft sworn for counsel - FPD appointed - Jan Smith via zoom. Bond set in the amount of $200,000-PSB - Cosigned by Luisa Bravo (ex-wife) and Beatriz Denegri (Sister)

**Brady**

Reading of Indictment Waived
~~Not Guilty plea entered~~
~~Jury trial demanded~~
Standing Discovery Order requested

---

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

Check if Applicable: [ ]   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:22:14     Time in Court: 15 MINS

Page: _____